IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10530
Conference Calendar
_____


WILLIE LEE SWANSON,

                                        Plaintiff-Appellant,

versus

GARLAND POLICE DEP'T; GARLAND, TX,
CITY OF,

                                        Defendants-Appellees.


- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:91CV00977
- - - - - - - - - - -
(October 17, 1995)
Before POLITZ, Chief Judge, and REAVLEY and SMITH, Circuit
Judges.

PER CURIAM:[*]

     *Pro se* briefs are construed liberally.  This court, however,

will not consider issues not briefed by a litigant.  *Grant v.
Cuellar*, 59 F.3d 523, 524-25 (5th Cir. 1995).  The sole

contention discernable in Swanson's brief is that he received

ineffective assistance of counsel.  A litigant has no

constitutionally protected right to effective assistance of

     [*]     Local Rule 47.5 provides:  "The publication of opinions
that have no precedential value and merely decide particular
cases on the basis of well-settled principles of law imposes
needless expense on the public and burdens on the legal
profession."  Pursuant to that Rule, the court has determined
that this opinion should not be published.

counsel in a civil case. *Sanchez v. United States Postal Serv.*, 785 F.2d 1236, 1237 (5th Cir. 1986). Because Swanson's sole appellate contention is frivolous, his motions for IFP and transcription at government expense are DENIED.

Counsel will not be appointed in a civil rights case absent a showing of exceptional circumstances. *Cupit v. Jones*, 835 F.2d 82, 86 (5th Cir. 1987). Swanson's case does not present exceptional circumstances and his motion for appointment of counsel is DENIED.

APPEAL DISMISSED. *See* 5TH CIR. R. 42.2.